IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JHAKOBY JENNINGS**                                                                  **PLAINTIFF**

v.                                       Civil No. 5:17-CV-05032

**MIKE ANDERSON**, *et. al.*                                                        **DEFENDANTS**

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff Jhakoby Jennings under the provisions of 42 U.S.C. § 1983. Jennings proceeds *pro se* and has submitted an application for *in forma pauperis* ("IFP") status. He is incarcerated in the Ouachita River Correctional Unit of the Arkansas Department of Correction. At all times relevant to this case, Plaintiff was incarcerated at the Nevada County Jail.

Plaintiff was advised his IFP application was incorrect because he had completed the certificate of inmate account form himself, rather than having it completed by a jail official. By order (Doc. 3) entered on February 16, 2017, Plaintiff was directed to file a completed IFP application or pay the filing fee by March 6, 2017.

On February 28, 2017, mail was returned as undeliverable with a notation that Plaintiff was no longer at the jail. Court staff were able to locate a new address for Plaintiff and a change of address was entered on his behalf. All mail returned as undeliverable was resent. This mail was not returned as undeliverable. A completed IFP application was not filed.

By order (Doc. 5) entered on March 7, 2017, Plaintiff was given until March 20, 2017, to show cause why this action should not be dismissed for failure to comply with a Court order. This mail was not returned as undeliverable.

On March 8, 2017, Plaintiff filed a second incorrect IFP application. (Doc. 6) Plaintiff had again filled out the certificate of inmate account form himself instead of

having it completed by a jail official. By order (Doc. 7) Plaintiff was again advised that the IFP application must be completed and signed by a jail official, and was given until March 27, 2017, to submit a properly completed IFP application. This mail was not returned as undeliverable.

To date, Plaintiff has not responded to the show cause order (Doc. 5), has not filed a properly completed IFP application, and has not submitted a filing fee. For these reasons, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 31st day of March, 2017

HON. TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE